# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

CELESTINE L. THOMAS BROOKS

    v.

JO ANNE B. BARNHART

                                                    Case Number: 04-3533-CV-S-WAK

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED THAT:** that the decision of the Commissioner is reversed and the case is remanded to the Commissioner under Sentence 4, 42 U.S.C. §405(g) for further development of the record with regard to claimant's literacy, IQ and physical condition and for reconsideration after the record is developed.

ENTERED ON: July 14, 2005

                                                    Patricia L. Brune
                                                    Clerk
                                                    By J. Price
`                                                   Deputy Clerk